```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/5/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ISHMAEL BENREUBEN,

                Plaintiff,

-v-

UNITED STATES OF AMERICA,

                Defendant.

**ORDER**

24-CV-5915 (JSR) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    The Court will hold a scheduling conference via telephone on **July 2, 2025**, at **10:30 a.m.** The parties should dial in to 646-453-4442 and use the conference ID 402 566 991#.

**SO ORDERED.**

Dated: June 5, 2025
       New York, New York

                                                  _____
                                                  Henry J. Ricardo
                                                  United States Magistrate Judge

1