```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/2/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ISHMAEL BENREUBEN,

                      Petitioner,

     -v-

UNITED STATES OF AMERICA,

                      Respondent.

**ORDER**

24-CV-5915 (JSR) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

As discussed in today's conference, Respondent is directed to submit a proposed order and/or attorney-client waiver by **July 16, 2025**. Petitioner is directed to respond to these submissions by **July 23, 2025**.

Petitioner's amended petition is due **September 9, 2025**.

The Court will hold a scheduling conference via telephone on **September 16, 2025**, at **10:00 a.m**. Parties should dial in to 646-453-4442 and use the conference ID 421 720 943#.

**SO ORDERED.**

Dated: July 2, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1