```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/2/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ISHMAEL BENREUBEN,

                Petitioner,

-v-

UNITED STATES OF AMERICA,

                Respondent.

**ORDER**

24-CV-5915 (JSR) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court held a status conference by telephone. As discussed during the conference, Petitioner's deadline to file an amended petition is extended to **September 16, 2025**.

The Court will hold a status conference to discuss next steps on **September 25, 2025**, at **2:00 p.m**. by telephone. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 211 580 110#).

The conference previously scheduled on September 16, 2025 is adjourned *sine die*.

**SO ORDERED.**

Dated: September 2, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge