```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/25/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ISHMAEL BENREUBEN,

                Petitioner,

-v-

UNITED STATES OF AMERICA,

                Respondent.

**ORDER**

24-CV-5915 (JSR) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On September 25, 2025, the Court held a status conference by telephone. As discussed during the conference, by **October 6, 2025**, Petitioner shall file a letter on the docket addressing whether Mr. Breslin is willing to provide an affidavit.

The Court will hold a further status conference to discuss next steps on **October 22, 2025**, at **11:00 a.m.** by telephone. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 416 431 369#).

SO ORDERED.

Dated: September 25, 2025
      New York, New York

                                  Henry J. Ricardo
                                  United States Magistrate Judge