UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ISHMAEL BENREUBEN,

    Petitioner,

-v-

UNITED STATES OF AMERICA,

    Respondent.

**ORDER**

24-CV-5915 (JSR) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Petitioner's October 6, 2025 letter and proposed order. ECF No. 25. If Respondent wishes to respond, it shall do so by **October 14, 2025.**

The Parties are directed to submit their proposed orders by filing them on ECF and emailing them in Word format to RicardoNYSDChambers@nysd.uscourts.gov, copying all counsel, in accordance with Rule II(J) of Judge Ricardo's Individual Rules and Practices for Civil Cases by **October 17, 2025.**

**SO ORDERED.**

Dated: October 7, 2025
   New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1