UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/22/2025
```

ISHMAEL BENREUBEN,

                Petitioner,

-v-

UNITED STATES OF AMERICA,

                Respondent.

**ORDER**

24-CV-5915 (JSR) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On October 22, 2025, the Court held a conference with the Parties by telephone. As discussed during the conference, the Parties shall adhere to the following schedule:

- Petitioner shall submit to the Court the executed Attorney-Client Privilege Waiver by **December 22, 2025**.
- Mr. Breslin's affidavit is due on **January 21, 2026**.
- Respondent's brief in response to Petitioner's motion to vacate is due on **March 23, 2026**.
- Petitioner's reply brief is due on **April 22, 2026**.

**SO ORDERED.**

Dated: October 22, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1