USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/22/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ISHMAEL BENREUBEN,

       Petitioner,

   -v-

UNITED STATES OF AMERICA,

       Respondent.

**ORDER**

24-CV-5915 (JSR) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

By order dated October 22, 2025, ECF No. 31, the undersigned directed Petitioner to file an executed attorney-client privilege waiver by December 22, 2025, and the Parties to provide Mr. Breslin's affidavit by January 21, 2026. On November 13, 2025, Petitioner filed the executed attorney-client privilege waiver. ECF No. 33. On January 21, 2026, Mr. Breslin's firm emailed to chambers a declaration from Mr. Breslin (the "Breslin Declaration"), copying Petitioner's counsel and Respondent, claiming that the Breslin Declaration was submitted under seal. No sealing motion has been filed, and the Breslin Declaration has not been filed on the docket. The Parties need not file the Breslin Declaration on the docket at this time. However, to the extent that any Party wishes for the Breslin Declaration to be considered in connection with the petition, it must be filed on the docket.

**SO ORDERED.**

Dated: January 22, 2026
       New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge